BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LEAUPEPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMIAH LEAUPEPE,<br><br>　　　　Defendant. | No. CR-09-00874 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER<br><br>Hearing Date: September 22, 2009<br>Time:　　　　9:00 a.m. |

　　　　The above-captioned matter is set on September 22, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to October 20, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and October 20, 2009.

　　　　On August 27, 2009, the Grand Jury charged Mr. Leaupepe with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He is subject to a mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment. Mr. Leaupepe has not yet made his first appearance before the District Court.

　　　　The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has

1  produced discovery and the defense is still reviewing and processing the information provided
2  and completing its investigation of the case.  For example, the defense is investigating the
3  circumstances of the offense and researching Mr. Leaupepe's prior convictions and pulling
4  records with respect to those convictions so that the defense can estimate Mr. Leaupepe's
5  anticipated Guidelines range.

6      The requested continuance will allow the defense to complete its review of the discovery,
7  to investigate the underlying facts of the case, and to obtain and review additional records.  For
8  this reason, the parties agree that the failure to grant this continuance would unreasonably deny
9  counsel for defendant the reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence.  The parties further stipulate and agree that the ends of
11 justice served by this continuance outweigh the best interest of the public and the defendant in a
12 speedy trial.  Accordingly, the parties agree that the period of time from the date of this
13 Stipulation to October 20, 2009, should be excluded in accordance with the provisions of the
14 Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of defense
15 counsel.

16
17 DATED: September 17, 2009                  /S/
                                           DOMINIQUE THOMAS
18                                        Assistant United States Attorney

19
20 DATED: September 17, 2009                  /S/
                                           ANGELA M. HANSEN
21                                        Assistant Federal Public Defender
22
23
24
25
26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete its review of the discovery, to investigate the underlying facts of the case, to obtain and review additional records and to calculate defendant's sentencing Guidelines range;

2. Given that these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of September 22, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for October 20, 2009, at 9:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from the date of this Stipulation to October 20, 2009.

DATED: 9/18/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge