BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LEAUPEPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00874 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO NOVEMBER 17, |
| v. | ) | 2009 AND TO EXCLUDE TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT AND ORDER |
| | ) | |
| JEREMIAH LEAUPEPE, | ) | |
| | ) | Hearing Date: October 20, 2009 |
| Defendant. | ) | Time:        9:00 a.m. |
| | ) | |

The above-captioned matter is set on October 20, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to November 17, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and November 17, 2009.

On August 27, 2009, the Grand Jury charged Mr. Leaupepe with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He is subject to a mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has produced discovery and the defense is still reviewing and processing the information provided,

1 including new discovery that government counsel produced on October 13, 2009.  This

2 additional discovery includes a lab report, photographs and prior conviction records.  The

3 defense needs time to review this newly produced discovery and also needs time to investigate

4 the circumstances of the offense and to research and collect Mr. Leaupepe's prior conviction

5 records to prepare an estimate of Mr. Leaupepe's anticipated Sentencing Guidelines range.

6     The requested continuance will allow the defense to complete its review of the discovery,

7 to investigate the underlying facts of the case, and to obtain and review additional records.  For

8 this reason, the parties agree that the failure to grant this continuance would unreasonably deny

9 counsel for defendant the reasonable time necessary for effective preparation, taking into

10 account the exercise of due diligence.  The parties further stipulate and agree that the ends of

11 justice served by this continuance outweigh the best interest of the public and the defendant in a

12 speedy trial.  Accordingly, the parties agree that the period of time from the date of this

13 Stipulation to November 17, 2009, should be excluded in accordance with the provisions of the

14 Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of defense

15 counsel.

16

17 DATED: October 15, 2009        /S/
                                    DOMINIQUE THOMAS
18                         Assistant United States Attorney

19
DATED: October 15, 2009        /S/
20                                     ANGELA M. HANSEN
                        Assistant Federal Public Defender
21

22 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/S/) within this e-filed document.
23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete its review of the discovery, including discovery that was recently produced on October 13, 2009, and given that the defense needs to continue to investigate the underlying facts of the case, to obtain additional records and to calculate defendant's sentencing Guidelines range;

2. Given that these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of October 20, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for November 17, 2009, at 9:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from the date of this Stipulation to November 17, 2009.

DATED:10/16/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge