1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant LEAUPEPE

6

7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9                                  OAKLAND DIVISION

10 UNITED STATES OF AMERICA,           )   No. CR-09-00874 SBA
                                       )
11         Plaintiff,                  )   STIPULATED REQUEST TO CONTINUE
                                       )   HEARING DATE TO DECEMBER 15,
12    v.                               )   2009 AND TO EXCLUDE TIME UNDER
                                       )   THE SPEEDY TRIAL ACT AND
13                                     )   [PROPOSED] ORDER
   JEREMIAH LEAUPEPE,                  )
14                                     )
           Defendant.                  )   Hearing Date: November 17, 2009
15                                     )   Time:         9:00 a.m.
                                       )
16

17     The above-captioned matter is set on November 17, 2009 before this Court for a status

18 hearing. The parties jointly request that the Court continue the matter to December 15, 2009 at

19 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and December 15, 2009.

21     On August 27, 2009, the Grand Jury charged Mr. Leaupepe with possession with intent

22 to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He is subject to a

23 mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment.

24     The current status of the case is that the parties are negotiating this matter and anticipate

25 that there will be a negotiated disposition of the case. In the meantime, the government has

26 produced discovery and the defense is still reviewing and processing the information provided,

including a lab report detailing the drug analysis.  For example, the defense has requested an evidence view which the parties hope to schedule shortly.  The defense also requires additional time to investigate the circumstances of the offense and time to collect Mr. Leaupepe's prior conviction records to prepare an estimate of his anticipated Guidelines range.  Finally, defense counsel is unavailable from November 23 through December 6, 2009 and will not be in a position to work on this case during that time frame.

The requested continuance will allow the defense to complete its review of the discovery and the drug evidence, to investigate the underlying facts of the case, and to obtain and review additional records.  For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties also agree that because of defense counsel's unavailability for two weeks at the end of November and in early December, the failure to grant this continuance would unreasonably deny defendant continuity of counsel.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the parties agree that the period of time from the date of this Stipulation to December 15, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of defense counsel and also for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: November 10, 2009        /S/
                                DOMINIQUE THOMAS
                                Assistant United States Attorney

DATED: November 10, 2009        /S/
                                ANGELA M. HANSEN
                                Assistant Federal Public Defender

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete its review of the discovery and to conduct an evidence view, and given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain additional records to calculate defendant's sentencing Guidelines range;

2. Given that these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. Given that defense counsel is unavailable from November 23 through December 6, 2009 and will not be in a position to work on this case during that time frame, and that the failure to grant this continuance would unreasonably deny defendant continuity of counsel;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of November 17, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for December 15, 2009, at 9:00 a.m. It is FURTHER ORDERED that time is

1  excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from the

2  date of this Stipulation to December 15, 2009.

3

4  DATED:11/13/09

   HON. SAUNDRA BROWN ARMSTRONG
5  United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA           4