1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone: (510) 637-3500

5   Counsel for Defendant LEAUPEPE

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                      OAKLAND DIVISION

10  UNITED STATES OF AMERICA,      )   No. CR-09-00874 SBA
                                   )
11              Plaintiff,         )   STIPULATED REQUEST TO CONTINUE
                                   )   HEARING DATE TO JANUARY 12, 2010
12      v.                         )   AND TO EXCLUDE TIME UNDER THE
                                   )   SPEEDY TRIAL ACT AND ORDER
13                                 )
    JEREMIAH LEAUPEPE,             )
14                                 )   Hearing Date: December 15, 2009
                Defendant.         )   Time:         9:00 a.m.
15                                 )
    _____)
16

17          The above-captioned matter is set on December 15, 2009 before this Court for a status

18  hearing. The parties jointly request that the Court continue the matter to January 12, 2010 at

19  9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20  3161(h)(7)(A) and (B)(iv), between the date of this stipulation and January 12, 2010.

21          On August 27, 2009, the Grand Jury charged Mr. Leaupepe with possession with intent

22  to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He is subject to a

23  mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment.

24          The current status of the case is that the parties are negotiating this matter and anticipate

25  that there will be a negotiated disposition of the case. In the meantime, the government has

26  produced discovery and the defense is still reviewing and processing the information provided.

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA

1    Additionally, the defense has requested an evidence view which the parties are working to

2    schedule sometime in the next week or two.  The defense also requires additional time to

3    investigate the circumstances of the offense and time to collect Mr. Leaupepe's prior conviction

4    records to prepare an estimate of his anticipated Guidelines range.  Finally, defense counsel is

5    unavailable the week of December 14, 2009 due to a trial set before the Honorable Claudia

6    Wilken (*United States v. Beltran-Chavez*, CR-09-228-CW) and will not be in a position to work

7    on this case during that time frame.

8         The requested continuance will allow the defense to complete its review of the discovery

9    and the drug evidence, to investigate the underlying facts of the case, and to obtain and review

10   additional records.  For this reason, the parties agree that the failure to grant this continuance

11   would unreasonably deny counsel for defendant the reasonable time necessary for effective

12   preparation, taking into account the exercise of due diligence.  The parties also agree that

13   because of defense counsel's unavailability the week of December 14, 2009, the failure to grant

14   this continuance would unreasonably deny defendant continuity of counsel.

15        The parties further stipulate and agree that the ends of justice served by this continuance

16   outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

17   parties agree that the period of time from the date of this Stipulation to January 12, 2010, should

18   be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

19   3161(h)(7)(A) and (B)(iv) for continuity of defense counsel and also for effective preparation of

20   defense counsel, taking into account the exercise of due diligence.

21

22   DATED: December 7, 2009              _____/S/_____
                                          DOMINIQUE THOMAS
23                                        Assistant United States Attorney

24
     DATED: December 7, 2009              _____/S/_____
25                                        ANGELA M. HANSEN
                                          Assistant Federal Public Defender
26

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature

2  (/S/) within this efile document.

3  ## ORDER

4       Based on the reasons provided in the stipulation of the parties above, the Court hereby

5  FINDS:

6       1.     Given defense counsel's need to complete its review of the discovery and to

7  conduct an evidence view, and given that the defense needs additional time to continue to

8  investigate the underlying facts of the case and to obtain additional records to calculate

9  defendant's sentencing Guidelines range;

10      2.     Given that these tasks are necessary to the defense preparation of the case and that

11 the failure to grant the requested continuance would unreasonably deny counsel for defendant

12 the reasonable time necessary for effective preparation, taking into account the exercise of due

13 diligence;

14      3.     Given that defense counsel is unavailable the week of December 14, 2009 and

15 will not be in a position to work on this case during that time frame, and that the failure to grant

16 this continuance would unreasonably deny defendant continuity of counsel;

17      4.     Given that the ends of justice served by this continuance outweigh the best

18 interest of the public and the defendant in a speedy trial;

19      Based on these findings, IT IS HEREBY ORDERED that the STATUS date of December

20 15, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated

21 and reset for January 12, 2010, at 9:00 a.m.  It is FURTHER ORDERED that time is excluded

22 pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from the date of this

23 Stipulation to January 12, 2010.

24

25 DATED:_12/8/09                                 _Saundra B Armstrong_

26                                               HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA               3