BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LEAUPEPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00874 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO MARCH 16, 2010 |
| v. ) | AND TO EXCLUDE TIME UNDER THE |
| ) | SPEEDY TRIAL ACT AND ORDER |
| ) | |
| JEREMIAH LEAUPEPE, ) | |
| ) | Hearing Date: February 16, 2010 |
| Defendant. ) | Time:            9:00 a.m. |
| ) | |
| ) | |

The above-captioned matter is set on February 16, 2010 before this Court for a status hearing. The parties jointly request that the Court continue the matter to March 16, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and March 16, 2010.

On August 27, 2009, the Grand Jury charged Mr. Leaupepe with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He is subject to a mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has produced discovery to the defense and, on February 11, 2010, the government produced

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA

1  additional information for the defense, including a video of the defendant during the alleged
2  offense.  The defense needs time to review and process this new information.  Additionally, the
3  defense conducted an evidence view with the government on January 5, 2010, and the parties are
4  still working to schedule a second viewing of the drug evidence.  The defense also requires
5  additional time to complete its investigation of the circumstances of the offense and to collect
6  Mr. Leaupepe's prior conviction records to prepare an estimate of his anticipated Guidelines
7  range.

8  Finally, government counsel, Dominique Thomas, left the United States Attorney's
9  Office and new counsel has been assigned to this case.  New government counsel needs time to
10 review the file and process the case.

11 The requested continuance will allow the defense to complete its review of the new
12 discovery and to inspect the drug evidence, to investigate the underlying facts of the case, and to
13 obtain and review additional records.  For this reason, the parties agree that the failure to grant
14 this continuance would unreasonably deny counsel for defendant the reasonable time necessary
15 for effective preparation, taking into account the exercise of due diligence.  The parties also
16 agree that because new government counsel has been assigned to this case, the failure to grant
17 this continuance would unreasonably deny the government continuity of counsel.

18 The parties further stipulate and agree that the ends of justice served by this continuance
19 outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the
20 parties agree that the period of time from the date of this Stipulation to March 16, 2010, should
21 be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
22 3161(h)(7)(A) and (B)(iv) for continuity of government counsel and also for effective
23 preparation of defense counsel, taking into account the exercise of due diligence.

24

25 DATED: February 12, 2010            /S/
                                      DEBORAH DOUGLAS
26                                    Assistant United States Attorney

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA            2

DATED: February 12, 2010        /S/
                                             ANGELA M. HANSEN
                                             Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA            3

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that on February 11, 2010 the government produced additional discovery, including a video of the defendant during the alleged offense, and defense counsel's need to review the new discovery and to discuss it with her client;

2. Given that the parties have conducted one evidence view and plan to schedule a second evidence view for the drug evidence;

3. Given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain additional records to calculate defendant's sentencing Guidelines range;

4. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5. Given that new government counsel has been assigned to this case and needs time to familiarize herself with the matter and that the failure to grant this continuance would unreasonably deny the government continuity of counsel;

6. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of February 16, 2010 scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for March 16, 2010, at 9:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from February 16, 2010 to March 16, 2010.

//

1  //

2  //

3  DATED:_2/16/10                                   _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
4                                                   United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA            5