1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant LEAUPEPE

6

7                       UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )     No. CR-09-00874 SBA
                                       )
11           Plaintiff,                )     STIPULATED REQUEST TO CONTINUE
                                       )     HEARING DATE TO APRIL 20, 2010
12      v.                             )     AND TO EXCLUDE TIME UNDER THE
                                       )     SPEEDY TRIAL ACT AND ORDER
13                                     )
    JEREMIAH LEAUPEPE,                 )
14                                     )     Hearing Date: March 16, 2010
             Defendant.                )     Time:          9:00 a.m.
15                                     )
    _____)
16

17       The above-captioned matter is set on March 16, 2010 before this Court for a status

18  hearing.  The parties jointly request that the Court continue the matter to April 20, 2010 at 9:00

19  a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

20  and (B)(iv), between March 16, 2010 and April 20, 2010.

21       On August 27, 2009, the Grand Jury charged Mr. Leaupepe with possession with intent

22  to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).  He is subject to a

23  mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment.

24       The current status of the case is that the parties are negotiating this matter and anticipate

25  that there will be a negotiated disposition of the case.  In the meantime, the government has

26  produced discovery to the defense and, on February 11, 2010, the government produced

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA

1  additional information for the defense, including a video of the defendant during the alleged

2  offense.  The defense needs additional time to review and process this new information.

3  Additionally, the defense conducted an evidence view with the government on January 5, 2010,

4  and the parties are still working to schedule a second viewing of the drug evidence.  The parties

5  anticipate that the lab will be in a position to accommodate a defense evidence view in late

6  March or early April.  The defense also requires additional time to complete its investigation of

7  the circumstances of the offense and to collect Mr. Leaupepe's prior conviction records to

8  prepare an estimate of his anticipated Guidelines range.

9        Finally, government counsel, Dominique Thomas, left the United States Attorney's

10  Office and new counsel was assigned to this case in February.  New government counsel needs

11  additional time to review the file and process the case.

12        The requested continuance will allow the defense to complete its review of the new

13  discovery and to inspect the drug evidence, to investigate the underlying facts of the case, and to

14  obtain and review additional records.  For this reason, the parties agree that the failure to grant

15  this continuance would unreasonably deny counsel for defendant the reasonable time necessary

16  for effective preparation, taking into account the exercise of due diligence.  The parties also

17  agree that because new government counsel has been assigned to this case, the failure to grant

18  this continuance would unreasonably deny the government continuity of counsel.

19        The parties further stipulate and agree that the ends of justice served by this continuance

20  outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

21  parties agree that the period of time from March 16, 2010 to April 20, 2010, should be excluded

22  in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

23  (B)(iv) for continuity of government counsel and also for effective preparation of defense

24  counsel, taking into account the exercise of due diligence.

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA            2

1    DATED: March 10, 2010                            /S/
                                          DEBORAH DOUGLAS

2                                     Assistant United States Attorney

3

DATED: March 10, 2010                            /S/

4                                      ANGELA M. HANSEN
                                     Assistant Federal Public Defender

5

6    I here by attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA          3

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given that on February 11, 2010 the government produced additional discovery, including a video of the defendant during the alleged offense, and defense counsel's need to complete its review the new discovery and to discuss the discovery materials with her client;

2.      Given that the parties have conducted one evidence view and plan to schedule a second evidence view for the drug evidence in late March or early April when the lab can accommodate the defense;

3.      Given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain additional records to calculate defendant's sentencing Guidelines range;

4.      Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5.      Given that new government counsel was assigned to this case in February and needs additional time to familiarize herself with the matter, and that the failure to grant this continuance would unreasonably deny the government continuity of counsel;

6.      Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of March 16, 2010 scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for April 20, 2010, at 9:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from March 16, 2010 to April 20, 2010.

1

2    DATED:3/15/10

HON. SAUNDRA BROWN ARMSTRONG

3                                                    United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA            5