UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00874 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 4, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| JEREMIAH LEAUPEPE, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:   April 20, 2010<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 20, 2010 to May 4, 2010, and that time be excluded under the Speedy Trial Act between April 13, 2010 and May 4, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced discovery and defense counsel has reviewed physical evidence in the custody of the Drug Enforcement Administration. Assistant United States Attorney James C. Mann was recently reassigned to this matter. Mr. Mann needs time to review the file to ensure that the discovery has been produced and to understand the case. Additionally, defense counsel is continuing to review discovery and to conduct investigation. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 4, 2010 AND TO EXCLUDE TIME
No. CR-09-00874 SBA

1  that the ends of justice served by granting the continuance outweigh the best interests of the
2  public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C.
3  §§ 3161(h)(7)(A) and (B)(iv),
4      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  April 20, 2010 to May 4, 2010 at 9:00 a.m., and that time between April 13, 2010 and May 4,
6  2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
7  taking into account the exercise of due diligence.

9  DATED:4/13/10                   _Saundra B Armstrong_
                                                HON. SAUNDRA BROWN ARMSTRONG
10                                                 United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 4, 2010 AND TO EXCLUDE TIME
No. CR-09-00874 SBA