1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant LEAUPEPE

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         OAKLAND DIVISION

10  UNITED STATES OF AMERICA,        )     No. CR-09-00874 SBA
                                     )
11             Plaintiff,            )     STIPULATED REQUEST TO CONTINUE
                                     )     HEARING DATE TO JULY 20, 2010 AND
12       v.                          )     TO EXCLUDE TIME UNDER THE
                                     )     SPEEDY TRIAL ACT AND ORDER
13                                   )
    JEREMIAH LEAUPEPE,               )
14                                   )     Hearing Date: June 8, 2010
               Defendant.            )     Time:          9:00 a.m.
15                                   )
    _____)
16

17       The above-captioned matter is set on June 8, 2010 before this Court for a status hearing.

18  The parties jointly request that the Court continue the matter to July 20, 2010 at 9:00 a.m., and

19  that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

20  between June 8, 2010 and July 20, 2010.

21       On August 27, 2009, the Grand Jury charged Mr. Leaupepe with possession with intent

22  to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).  He is subject to a

23  mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment.

24       The current status of the case is that the parties are negotiating this matter and anticipate

25  that there will be a negotiated disposition of the case.  In the meantime, the government has

26  produced discovery to the defense and in mid-February, the government produced additional

1    information for the defense, including a video of the alleged offense.  Defense counsel needs

2    additional time to review and process the video provided and to review it with her client.  The

3    defense also requires additional time to complete its investigation of the circumstances of the

4    offense and to collect Mr. Leaupepe's prior conviction records to prepare an estimate of his

5    anticipated Guidelines range.

6           The requested continuance will allow the defense to complete its review of the discovery,

7    to investigate the underlying facts of the case, and to obtain and review additional records.  For

8    this reason, the parties agree that the failure to grant this continuance would unreasonably deny

9    counsel for defendant the reasonable time necessary for effective preparation, taking into

10   account the exercise of due diligence.

11          The parties further stipulate and agree that the ends of justice served by this continuance

12   outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

13   parties agree that the period of time from June 8, 2010 to July 20, 2010, should be excluded in

14   accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

15   for effective preparation of defense counsel, taking into account the exercise of due diligence.

16

17   DATED: June 3, 2010                    _____/S/_____
                                                          JAMES C. MANN
18                                                Assistant United States Attorney

19   DATED: June 3, 2010                    _____/S/_____
                                                       ANGELA M. HANSEN
20                                               Assistant Federal Public Defender

21

22        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)

23   within this e-filed document.                        _/S/ ANGELA M. HANSEN_

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA              2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given defense counsel's need to complete its review the discovery, including a video of the alleged offense, and to discuss the discovery materials with her client;

2.      Given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain additional records to calculate defendant's sentencing Guidelines range;

3.      Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4.      Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of June 8, 2010 scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for July 20, 2010, at **2:00 p.m.** It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from June 8, 2010 to July 20, 2010.

DATED:6/4/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge