1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant LEAUPEPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JEREMIAH LEAUPEPE,<br><br>         Defendant. | No. CR-09-00874 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 27, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER<br><br>Hearing Date: July 20, 2010<br>Time:            9:00 a.m. |

The above-captioned matter is set on July 20, 2010 before this Court for a status hearing. The parties jointly request that the Court continue the matter to July 27, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between July 20, 2010 and July 27, 2010.

Mr. Leaupepe is charged with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). He is subject to a mandatory minimum sentence of 10 years, and a statutory maximum of life imprisonment.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case by the next appearance. In the meantime, the government has produced discovery to the defense and recently produced additional

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA

1  discovery materials that defense counsel needs to review.  Defense counsel needs time to review
2  and process the new discovery and to review it with her client.  The defense also requires
3  additional time to complete its investigation of the circumstances of the offense and to complete
4  legal research to confirm Mr. Leaupepe's anticipated Guidelines range.

5        The requested one-week continuance will allow the defense to complete its review of the
6  new discovery, to investigate the underlying facts of the case, and to confirm the Guidelines
7  range.  For this reason, the parties agree that the failure to grant this continuance would
8  unreasonably deny counsel for defendant the reasonable time necessary for effective preparation,
9  taking into account the exercise of due diligence.

10        The parties further stipulate and agree that the ends of justice served by this continuance
11  outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the
12  parties agree that the period of time from July 20, 2010 to July 27, 2010, should be excluded in
13  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
14  for effective preparation of defense counsel, taking into account the exercise of due diligence.

15

16  DATED: July 16, 2010                                    /S/
                                                    JAMES C. MANN
17                                                  Assistant United States Attorney

18
    DATED: July 16, 2010                                    /S/
19                                                  ANGELA M. HANSEN
                                                    Assistant Federal Public Defender
20

21     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this e-filed document.                      /S/ ANGELA M. HANSEN
22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00874 SBA                  2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to review the new discovery and to discuss the new discovery materials with her client;

2. Given that the defense needs additional time to continue to investigate the underlying facts of the case and to conduct legal research to confirm defendant's Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of July 20, 2010 scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for July 27, 2010, at 9:00 a.m. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from July 20, 2010 to July 27, 2010.

DATED:_7/19/10

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge