1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00874 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON OCTOBER 19, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| JEREMIAH LEAUPEPE, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:     July 27, 2010<br>Time:     10:00 a.m.<br>Court:    Hon. Saundra Brown Armstrong |

The above-captioned matter is set on July 27, 2010 before this Court for a status hearing. The parties request that this Court vacate that date and set this matter for change of plea and sentencing on October 19, 2010, 2009 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and October 19, 2010.

The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the parties request that this matter be set on October 19, 2010 at 10:00 a.m. for change of plea and

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON OCTOBER 19, 2010 & TO EXCLUDE TIME
No. CR 09-00874 SBA

sentencing (assuming the proposed plea agreement is acceptable to the Court). Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between July 23, 2010 and October 19, 2010 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: July 23, 2010

_____   _____
JAMES C. MANN                       ANGELA HANSEN
Assistant United States Attorney    Counsel for Jeremiah Leaupepe
Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON OCTOBER 19, 2010 & TO EXCLUDE TIME
No. CR 09-00874 SBA

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | No. CR 09-00874 SBA |
| 12       Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA |
| 13       v. | ) ) | AND SENTENCING ON OCTOBER 19, 2010 AND TO EXCLUDE TIME UNDER |
| 14  JEREMIAH LEAUPEPE, | ) ) | THE SPEEDY TRIAL ACT |
| 15       Defendant. | ) ) | Date:   July 27, 2010 Time:   10:00 a.m. |
| 16  | ) ) | Court:   Hon. Saundra Brown Armstrong |
| 17  _____ | ) | |

18

19    The parties jointly requested that the motion hearing in this matter be vacated and that

20 this matter be set for change of plea and sentencing on October 19, 2010 at 10:00 a.m.  The

21 parties further requested that time be excluded under the Speedy Trial Act between July 23, 2010

22 and October 19, 2010 to allow time for the Court to consider the proposed plea agreement to be

23 entered into by the defendant and the attorney for the government, and to allow time for the

24 preparation of a Presentence Investigation Report by the United States Probation Office.

25 Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even

26 though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C.

27 § 3161(h)(1)(G),

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON OCTOBER 19, 2010 & TO EXCLUDE TIME
No. CR 09-00874 SBA

1 **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on October 19, 2010 at 10:00 a.m., and that time between July 23, 2010 and October 19, 2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_7/23/10

                                         HON. SAUNDRA BROWN ARMSTRONG
                                         United States District Judge