1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMIAH LEAUPEPE,<br><br>    Defendant. | No. CR 09-00874 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON OCTOBER 19, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    July 27, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the motion hearing in this matter be vacated and that this matter be set for change of plea and sentencing on October 19, 2010 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between July 23, 2010 and October 19, 2010 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON OCTOBER 19, 2010 & TO EXCLUDE TIME
No. CR 09-00874 SBA

1  **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on October 19, 2010 at 10:00 a.m., and that time between July 23, 2010 and October 19, 2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_7/23/10                    _____
                                  HON. SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON OCTOBER 19, 2010 & TO EXCLUDE TIME
No. CR 09-00874 SBA