UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00874 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 9, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| JEREMIAH LEAUPEPE, ) | | |
| Defendant. ) | Date: October 19, 2010<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong | |

This matter is set for October 19, 2010; the Court, however, is not available on that date. The parties, therefore, jointly requested that the hearing in this matter be continued from October 19, 2010 to November 9, 2010, and that time be excluded under the Speedy Trial Act between September 16, 2010 and November 9, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. Defendant's new counsel was recently appointed on September 8, 2010. New defense counsel has received the discovery from defendant's prior counsel. New defense counsel needs additional time to review discovery, to conduct investigation, and to meet with defendant. Additionally, in the interim, the parties will discuss a potential resolution of this matter. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 9, 2010 AND TO EXCLUDE TIME
No. CR-09-00874 SBA

1  For these stated reasons, the Court finds that the ends of justice served by granting the
2  continuance outweigh the best interests of the public and defendant in a speedy trial. Good
3  cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
4      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  October 19, 2010 to November 9, 2010 at 9:00 a.m., and that time between September 16, 2010
6  and November 9, 2010 is excluded under the Speedy Trial Act to allow for the effective
7  preparation of counsel, taking into account the exercise of due diligence.

9  DATED:9/20/10                                                    *Saundra B Armstrong*
                                                       HON. SAUNDRA BROWN ARMSTRONG
10                                                           United States District Judge