MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00874 SBA |
| ) | |
|     Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO NOVEMBER 12, |
|     v. ) | 2010 AND TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| JEREMIAH LEAUPEPE, ) | |
| ) | Date:     November 10, 2010 |
|     Defendant. ) | Time:    10:00 a.m. |
| ) | Court:   Hon. Laurel Beeler |
| ) | |
| _____ ) | |

      The above-captioned matter was set on November 9, 2010 before the Honorable Saundra Brown Armstrong for a status hearing. The district court, however, moved the status hearing to November 10, 2010 before this Court. Defense counsel is not available on November 10, 2010, and November 11, 2010 is a holiday. The parties, therefore, request that this Court continue the hearing to November 12, 2010 at 10:00 a.m., and that the Court exclude time under the Speedy

////

////

////

////

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 12, 2010 AND TO EXCLUDE TIME
No. CR-09-00874 SBA

Trial Act between November 10, 2010 and November 12, 2010 for continuity of counsel.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November 2, 2010


_____/s/_____           _____/s/_____
JAMES C. MANN                                          DAVINA PUJARI
Assistant United States Attorney                Counsel for Jeremiah Leaupepe
Counsel for United States

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00874 SBA |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 12, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| JEREMIAH LEAUPEPE, | ) | |
| Defendant. | ) | Date: November 10, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Laurel Beeler |

The above-captioned matter was set on November 9, 2010 before the Honorable Saundra Brown Armstrong for a status hearing. The district court, however, moved the status hearing to November 10, 2010 before this Court. Defense counsel is not available on November 10, 2010, and November 11, 2010 is a holiday. The parties, therefore, request that this Court continue the hearing to November 12, 2010 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between November 10, 2010 and November 12, 2010 for continuity of counsel. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from November 10, 2010 to November 12, 2010 at 10:00 a.m., and that time between November 10,

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 12, 2010 AND TO EXCLUDE TIME
No. CR-09-00874 SBA

1  2010 and November 12, 2010 is excluded under the Speedy Trial Act to allow for continuity of
2  counsel.

4  DATED: November 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 12, 2010 AND TO EXCLUDE TIME
No. CR-09-00874 SBA