|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00874 SBA |
| Plaintiff, | AMENDED ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 12, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JEREMIAH LEAUPEPE, | |
| Defendant. | Date:  November 10, 2010<br>Time:  10:00 a.m.<br>Court: Hon. Laurel Beeler |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

The above-captioned matter was set on November 9, 2010 before the Honorable Saundra Brown Armstrong for a status hearing. The district court, however, moved the status hearing to November 10, 2010 before this Court. Defense counsel is not available on November 10, 2010, and November 11, 2010 is a holiday. The parties, therefore, request that this Court continue the hearing to November 12, 2010 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between November 10, 2010 and November 12, 2010 for continuity of counsel. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from November 10, 2010 to November 12, 2010 at 10:00 a.m., and that time between November 10, 2010 and November 12, 2010 is excluded under the Speedy Trial Act to allow for continuity of

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 12, 2010 AND TO EXCLUDE TIME
No. CR-09-00874 SBA

1  counsel. The Court finds that failing to exclude time would unreasonably deny the defendant
2  continuity of counsel and finds that the ends of justice served by the continuance outweigh the
3  best interest of the parties in a speedy trial.
4
5  DATED: November 5, 2010
   _____
6  LAUREL BEELER
   United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 12, 2010 AND TO EXCLUDE TIME
No. CR-09-00874 SBA