MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00874 SBA |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| JEREMIAH LEAUPEPE, | Date: November 12, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Laurel Beeler |
| Defendant. | |

     Defendant Jeremiah Leaupepe is charged in a one-count indictment with possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). On November 12, 2010, defendant appeared for a status conference before this Court. This Court set the matter for a further status conference on December 3, 2010 at 10:00 a.m. Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from November 12, 2010 to December 3, 2010, to allow for the effective preparation of counsel given defense counsel's need to investigate this matter further and the government's review of a letter from defense counsel. Given these circumstances, the Court found that the ends of justice served by excluding the

period from November 12, 2010 to December 3, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of defendant Leaupepe, the period from November 12, 2010 to December 3, 2010 is excluded from the Speedy Trial Act calculations for the effective preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: November 16, 2010

_____
LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER EXCLUDING TIME
No. CR 09-00874 SBA